# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-20434

United States Court of Appeals
Fifth Circuit

**FILED**

April 3, 2014

Lyle W. Cayce
Clerk

In the Matter of: GEORGE R. NEELY,

Debtor

-----------------------------------------------------------

GEORGE R. NEELY; CINDY NEELY,

Appellants

v.

J.M. TRIPPON & COMPANY, CERTIFIED PUBLIC ACCOUNTANT,
INCORPORATED; JAMES M. TRIPPON,

Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CV-1008

Before STEWART, Chief Judge, DENNIS, Circuit Judge, and GILSTRAP,
District Judge.*

---

* District Judge of the Eastern District of Texas, sitting by designation.

No. 13-20434

PER CURIAM:**

The court has carefully considered this appeal in light of the oral arguments, briefs, and record. Having done so, we find no reversible error. The judgment of the district court is AFFIRMED. *See* 5TH CIR. R. 47.6.

---

** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.